## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                    **Plaintiff**

**v.**                              **Case No.: 4:17–cr–00293–BSM**

**James Nicholas George**                                                      **Defendant**

---

## NOTICE OF HEARING

     PLEASE take notice that a Initial Appearance/Revocation has been set in this case for June 26, 2026, at 10:00 AM before Magistrate Judge Benecia B. Moore in Little Rock Courtroom 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** June 25, 2026                    AT THE DIRECTION OF THE COURT
                                           TAMMY H. DOWNS, CLERK


                                 **By:**  Kristy D. Rochelle, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas