IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 6 2026

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

UNITED STATES OF AMERICA

V.                    Case No. 4:17-CR-00293-BSM-42

JAMES NICHOLAS GEORGE

## ORDER APPOINTING COUNSEL

Based upon the completed affidavit or testimony of Defendant James Nicholas George, concerning his financial ability to employ counsel, James Nicholas George is entitled to counsel, but cannot afford to hire a private lawyer.

IT IS THEREFORE ORDERED that CJA Panel Attorney Frank LaPorte-Jenner is appointed to represent James Nicholas George.

IT IS SO ORDERED this 26th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE