IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 6 2026

TAMMY H. DOWNS, CLERK

By: _____
DEP CLERK

UNITED STATES OF AMERICA

V.                          Case No. 4:17-CR-00293-BSM-42

JAMES NICHOLAS GEORGE

## ORDER

The United States must turn over to the defense all exculpatory evidence—that is evidence that favors the defendant or casts doubt on the government's case. See *Brady* v. *Maryland*, 373 U.S. 83 (1963) and cases applying this precedent. If the government fails to produce exculpatory evidence to the defense in a timely manner, the Court may take certain steps: excluding certain evidence; giving adverse jury instructions; dismissing charges; holding government lawyers in contempt; or imposing other appropriate sanctions.

IT IS SO ORDERED this 26th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE