IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.                                       Case No. 4:17-CR-00293-BSM-42

JAMES NICHOLAS GEORGE

## TEMPORARY ORDER OF DETENTION

Defendant James Nicholas George appeared today with appointed counsel for an initial appearance on the Government's Petition to Revoke Supervised Release. (Doc. 2991). Defendant was advised of the allegations against him and his rights. Defendant waived his right to a preliminary hearing. The Government was amenable to Defendant's release to inpatient substance abuse treatment until his final revocation hearing on July 30, 2026, in front of U.S. District Judge Brian S. Miller.

Because the U.S. Probation Office was still working to secure a bed for Defendant at a facility agreeable to both parties, the Defendant will be remanded to the custody of the U.S. Marshal for now. Once the U.S. Probation Office informs the Court of a facility able to accommodate Defendant, along with the date and time for Defendant to report, the Court will enter an order setting conditions of release pending the final revocation hearing.

Accordingly, Defendant is remanded to the custody of the United States Marshal. While detained, Defendant must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, if feasible. Further, on order of the United States Court or on request of an attorney for the

Government, the person in charge of the corrections facility must deliver Defendant to the

United States Marshal for a court appearance.

SO ORDERED this 26th day of June, 2026.

UNITED STATES MAGISTRATE JUDGE