IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.                          Case No. 4:17-CR-00293-BSM-42

JAMES NICHOLAS GEORGE

## **ORDER**

Defendant James Nicholas George was ordered to report to Arisa at the Mills in Searcy, Arkansas, by or before 1pm today, and was instructed to remain there until further order of the Court. (Doc. 3019). The U.S. Probation Office advised the Court that, while Mr. George did report to Arisa at the Mills this morning, he left shortly thereafter.

Because Mr. George violated this Court's order by leaving Arisa at the Mills, the Clerk of the Court is directed to issue an arrest warrant for Defendant James Nicholas George and forward it to the United States Marshal. After Mr. George's arrest, a revocation hearing will be scheduled so that he may show cause why his release should not be revoked.

IT IS SO ORDERED this 6th day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE