IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.                                  Case No. 4:17-CR-00293-BSM-42

JAMES NICHOLAS GEORGE

**ORDER OF DETENTION**

Defendant James Nicholas George appeared today with appointed counsel for an initial appearance after his arrest on the Court's warrant issued July 6, 2026. (Doc. 3021). Defendant was advised of the allegations against him. Defendant agreed to remain detained at this time but reserved his right to request a hearing so that he may show why his release should not be revoked.

Accordingly, Defendant is remanded to the custody of the United States Marshal. While detained, Defendant must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, if feasible. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for a court appearance.

SO ORDERED this 7th day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE