AO 442 (Rev. 01/09) Arrest Warrant (ARED rev. 7/6/2021)

C 26

A22058
N694-009

# UNITED STATES DISTRICT COURT

### Eastern District of Arkansas

RECEIVED

MAY 0 6 2026

USMS E/AR

United States of America

v.

James Nicholas George

*Defendant*

Case No.    4:17CR00293-42 BSM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 09 2026

TAMMY H. DOWNS, CLERK

By:_____ DEP CLERK

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ **James Nicholas George,** _____

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

**Violation of Conditions of Release**, as further explained in the attached documents.

Date:  May 6, 2026

_____
*Issuing officer's signature*

City and state:  Little Rock, Arkansas

**TAMMY H. DOWNS, CLERK**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/6/26 , and the person was arrested on *(date)* 6/17/2026 |

at *(city and state)* Pulaski City .

Date: 6/17/2026

_____
*Arresting officer's signature*

C. Young  Inv Analyst
*Printed name and title*