AO 442 (Rev. 01/09) Arrest Warrant (ARED rev. 7/6/2021)

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

**RECEIVED**

JUL 6 2026

United States of America

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 6 2026

**USMS E/AR**

v.

Case No.   4:17CR00293-42 BSM

James Nicholas George

TAMMY H. DOWNS, CLERK

By:_____
                                    DEP CLERK

*Defendant*

**RECEIVED**

JUL 3 2026

**ARREST WARRANT**

USMS E/AR

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **James Nicholas George,**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☒ Order of the Court

This offense is briefly described as follows:

**VIOLATIONS OF CONDITIONS OF RELEASE**, as further explained in the attached documents.

Date:   July 6, 2026

_____
*Issuing officer's signature*

City and state:     Little Rock, Arkansas

TAMMY H. DOWNS, CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/6/26     . and the person was arrested on *(date)* 7/6/26

at *(city and state)* L. Little Rock AR

Date: 7/6/26

_____
*Arresting officer's signature*

Deputy M. Cahe
*Printed name and title*