**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                            **CASE NO. 4:17-CR-00293-BSM-42**

**JAMES NICHOLAS GEORGE**                                    **DEFENDANT**

**ORDER**

James George's unopposed motion for psychiatric or psychological evaluation [Doc. No. 3030] is granted. *See* 18 U.S.C.§§ 4241–4242. George will remain in the United States Marshal's custody until a Bureau of Prisons Facility has been designated to perform the examination. The Marshals Service is directed to immediately notify the court upon receipt of George's facility designation. This time period is excluded under the Speedy Trial Act. 18 U.S.C. section 3161(h)(1)(A) and (h)(7)(A).

The person conducting the examination must file a report and send copies to counsel for the United States, Liza Brown, 425 West Capitol Avenue Suite 500, Little Rock, Arkansas 72201, and to counsel for George, Frank LaPorte-Jenner, LaPorte-Jenner Law, PLLC, 1220 West Sixth Street, Little Rock, Arkansas, 72201. The report must state whether George is suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; whether he was insane at the time of the offense; and, if he was insane, whether his release would create a substantial risk of bodily injury to another person or serious damage to property of another person. 18 U.S.C. §

4247(c).

Fourteen days from the date the examination is received, any party who requests a hearing regarding any issues in the report or who opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities.  If no motions are filed within fourteen days of the day the report is filed, its findings will be adopted or rejected, and the period of excluded delay will end.

IT IS SO ORDERED this 27th day of July, 2026.

UNITED STATES DISTRICT JUDGE