PROB 12C
ED/AR (08/2022)

**United States District Court**

**for the**

**Eastern District of Arkansas**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 20 2026
TAMMY H. DOWNS, CLERK
By: [signature]
DEP CLERK

**SUPERSEDING PETITION**
**(Replacing previously filed petition, Docket Entry 2991)**

Name of Offender: James Nicholas George    Case Number: 4:17-CR-00293-BSM-042

Name of Sentencing Judicial Officer: Honorable Brian S. Miller
United States District Judge

Original Offense: Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine

Date of Sentence: December 17, 2020

Original Sentence: 70 months Bureau of Prisons followed by 5 years supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: March 31, 2023
Date Supervision Expires: March 30, 2028

U. S. Probation Officer: Caitlin Avant    Asst. U.S. Attorney: Liza Brown    Defense Attorney: To be appointed

---

**PETITIONING THE COURT**

☐ To issue a Warrant, deny the Petition (Docket Entry 2991) as moot, and Seal this Petition Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☐ To deny the Petition (Docket Entry 2991) as moot and Supersede with this Petition to be Filed Under Seal
☐ To issue a Summons and deny the Petition (Docket Entry 2991) as moot
☒ To deny the Petition (Docket Entry 2991) as moot and Supersede with this Petition

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| **1** | **Mandatory (1)** | **You must not commit another federal, state, or local crime.** |
| **2** | **Standard (9)** | **If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.** On November 30, 2024, Mr. George violated this condition of supervised release when he committed a traffic violation, as evidenced by his citation for Driving on a Suspended Driver's License and No Proof of Liability Insurance, as documented by the Pope County, Arkansas Sheriff's Office citation number 042737. Further on April 16, 2025, Mr. George Failed to Appear in Pope County District Court as evidenced by warrant number WR25-1220. |

On April 21, 2025, Mr. George violated this condition of supervised release when he committed a traffic violation, as evidenced by his citation for Driving on a Suspended Driver's License, as documented by the Pope County, Arkansas Sheriff's Office citation number 700A2947184. Further on May 21, 2025. Mr. George Failed to Appear in Pope County District Court as evidenced by warrant number WR-25-1220. Additionally, On June 2, 2025, and October 1, 2025, Mr. George was found to be in Contempt of Court for Non-Payment of Fines.

On April 22, 2026, Mr. George violated this condition of supervised release when he found behind a local restaurant in Russellville, Arkansas, inhaling air duster. Further, when asked to identify himself, Mr. George proceed to say "My Name is Fuck you" as evidenced by his arrest for Public Intoxication, Resisting Arrest, Breathing Inhaling or Drinking Certain Intoxicating Compounds, and Obstructing Government Operations as documented by the Russellville, Arkansas Police Department Arrest Report Number: 26-7791. Mr. George also failed to notify his supervising officer of this arrest.

On April 29, 2026, Mr. George violated this condition of supervised release when he was found to be lying on the hood of a woman's car who was trying to leave her residence and when given verbal instructions by law enforcement to put his hands behind his back, Mr. George would not comply resulting in him being tazed as evidenced by his arrest for Harassment, Disorderly Conduct, and Resisting Arrest, as documented by Yell County, Arkansas Sheriff's Department Incident Report Number: 26-00139.

3 **Standard (5)** **You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**
On April 23, 2026, Mr. George violated this condition of supervised release when he failed to notify his supervising officer of his change of residence.

4 **Standard (7)** **You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about you work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

Mr. George violated this condition of supervised release when he was terminated from Americold Logistics in Russellville, Arkansas on April 17, 2026, and failed to notify his supervising officer of his termination.

5 **Additional (14)** **You must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may include drug and alcohol testing, outpatient counseling, and residential treatment. You must abstain from the use of alcohol during treatment. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived. You must disclose your substance abuse treatment to prescribing physicians and allow the probation office to verify disclosure.**

On July 1, 2026, United States Magistrate Judge Benecia B. Moore ordered Mr. George to attend inpatient substance abuse treatment at Arisa at the Mills in Searcy, AR until further order of the Court. On July 6, 2026, Mr. George was released from incarceration and reported to treatment but left after completing the intake paperwork. The Court issued a warrant, and Mr. George was taken into custody.

I declare under penalty of perjury that the foregoing is true and correct.

Caitlin Avant

Caitlin Avant
U.S. Probation Officer

Executed on July 22, 2026

Approved by:

Brenna E. Cross

Supervising U.S. Probation Officer

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

Liza Brown
Assistant U.S. Attorney

Executed on 8/18/26

Name of Offender: James Nicholas George Case Number: 4:17-CR-00293-BSM-042

THE COURT ORDERS that this document be filed ☐ under seal ☑ as a public document, and

☐ a Warrant be issued, Petition (Docket Entry 2991) is denied as moot, and directing this Petition be Sealed Pending Execution (cc: U.S. Probation and U.S. Marshal only).

☐ a Summons be issued, and Petition (Docket Entry 2991) is denied as moot.

☑ the Petition (Docket Entry 2991) is denied as moot and is Superseded by this Petition.

☐ Other:

---

Honorable Brian S. Miller
United States District Judge

08/20/2026
Date